■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HOGAN, Appellant. [1 NYS3d 854]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 1995 (*People v Hogan*, 219 AD2d 672 [1995]), affirming a judgment of the Supreme Court, Queens County, rendered February 21, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Miller, Hinds-Radix and Duffy, JJ., concur.